**13-Week Budget**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week ending | 10/13/2025 | 10/20/2025 | 10/27/2025 | 11/3/2025 | 11/10/2025 | 11/17/2025 | 11/24/2025 | 12/1/2025 | 12/8/2025 | 12/15/2025 | 12/22/2025 | 12/29/2025 | 1/5/2026 | Total |
| **Receipts** | | | | | | | | | | | | | | |
| Cash | $ 9,981 | $ 9,981 | $ 9,981 | $ 10,887 | $ 10,887 | $ 10,887 | $ 10,887 | $ 8,346 | $ 8,346 | $ 8,346 | $ 8,346 | $ 8,346 | $ 10,432 | $ 125,653 |
| Credit/Debit | $ 34,934 | $ 34,934 | $ 34,934 | $ 38,105 | $ 38,105 | $ 38,105 | $ 38,105 | $ 29,210 | $ 29,210 | $ 29,210 | $ 29,210 | $ 29,210 | $ 36,513 | $ 439,786 |
| Other (Delivery/Mobile Pay/Checks) | $ 4,991 | $ 4,991 | $ 4,991 | $ 5,444 | $ 5,444 | $ 5,444 | $ 5,444 | $ 4,173 | $ 4,173 | $ 4,173 | $ 4,173 | $ 4,173 | $ 5,216 | $ 62,827 |
| Discounts & Refunds | $ (1,828) | $ (1,828) | $ (1,828) | $ (1,994) | $ (1,994) | $ (1,994) | $ (1,994) | $ (1,528) | $ (1,528) | $ (1,528) | $ (1,528) | $ (1,528) | $ (1,910) | $ (23,010) |
| Tips/Gratuities | $ 6,297 | $ 6,297 | $ 6,297 | $ 6,869 | $ 6,869 | $ 6,869 | $ 6,869 | $ 5,265 | $ 5,265 | $ 5,265 | $ 5,265 | $ 5,265 | $ 6,582 | $ 79,273 |
| Meals Tax | $ 3,255 | $ 3,255 | $ 3,255 | $ 3,551 | $ 3,551 | $ 3,551 | $ 3,551 | $ 2,722 | $ 2,722 | $ 2,722 | $ 2,722 | $ 2,722 | $ 3,402 | $ 40,981 |
| **TOTAL** | $ 57,630 | $ 57,630 | $ 57,630 | $ 62,861 | $ 62,861 | $ 62,861 | $ 62,861 | $ 48,188 | $ 48,188 | $ 48,188 | $ 48,188 | $ 48,188 | $ 60,235 | $ 725,510 |
| **Operating Expenses** | | | | | | | | | | | | | | |
| COGS - Food/Liquor Costs | $ 13,497 | $ 13,497 | $ 13,497 | $ 14,722 | $ 14,722 | $ 14,722 | $ 14,722 | $ 11,286 | $ 11,286 | $ 11,286 | $ 11,286 | $ 11,286 | $ 14,107 | $ 169,918 |
| Payroll | $ 18,420 | $ 18,420 | $ 18,420 | $ 19,961 | $ 19,961 | $ 19,961 | $ 19,961 | $ 15,639 | $ 15,639 | $ 15,639 | $ 15,639 | $ 15,639 | $ 19,188 | $ 232,486 |
| Payroll - Owner | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 1,442 | $ 18,750 |
| Payroll - Staff | $ 14,972 | $ 14,972 | $ 14,972 | $ 16,331 | $ 16,331 | $ 16,331 | $ 16,331 | $ 12,519 | $ 12,519 | $ 12,519 | $ 12,519 | $ 12,519 | $ 15,648 | $ 188,480 |
| Payroll - Taxes | $ 2,006 | $ 2,006 | $ 2,006 | $ 2,188 | $ 2,188 | $ 2,188 | $ 2,188 | $ 1,678 | $ 1,678 | $ 1,678 | $ 1,678 | $ 1,678 | $ 2,097 | $ 25,256 |
| Building & Equipment | $ 8,504 | $ 750 | $ 750 | $ 750 | $ 8,504 | $ 750 | $ 750 | $ 600 | $ 8,354 | $ 600 | $ 600 | $ 600 | $ 750 | $ 32,261 |
| Building & Equipment - Equipment/Supplies | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 625 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 625 | $ 7,500 |
| Building & Equipment - Rent | $ 7,754 | $ - | $ - | $ - | $ 7,754 | $ - | $ - | $ - | $ 7,754 | $ - | $ - | $ - | $ - | $ 23,261 |
| Building & Equipment - Security | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 125 | $ 1,500 |
| Insurance | $ 2,157 | $ 2,157 | $ 2,157 | $ 2,157 | $ 2,157 | $ 2,157 | $ 2,157 | $ 1,726 | $ 1,726 | $ 1,726 | $ 1,726 | $ 1,726 | $ 2,157 | $ 25,883 |
| Insurance - Employment Practices | $ 83 | $ 83 | $ 83 | $ 83 | $ 83 | $ 83 | $ 83 | $ 66 | $ 66 | $ 66 | $ 66 | $ 66 | $ 83 | $ 992 |
| Insurance - Health | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 533 | $ 426 | $ 426 | $ 426 | $ 426 | $ 426 | $ 533 | $ 6,397 |
| Insurance - Liability | $ 1,162 | $ 1,162 | $ 1,162 | $ 1,162 | $ 1,162 | $ 1,162 | $ 1,162 | $ 930 | $ 930 | $ 930 | $ 930 | $ 930 | $ 1,162 | $ 13,947 |
| Insurance - Life | $ 247 | $ 247 | $ 247 | $ 247 | $ 247 | $ 247 | $ 247 | $ 198 | $ 198 | $ 198 | $ 198 | $ 198 | $ 247 | $ 2,963 |
| Insurance - Workers Comp | $ 132 | $ 132 | $ 132 | $ 132 | $ 132 | $ 132 | $ 132 | $ 106 | $ 106 | $ 106 | $ 106 | $ 106 | $ 132 | $ 1,584 |
| Repairs & Maint. | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,250 | $ 15,000 |
| Repairs & Maint. - Building & Misc. | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 450 | $ 5,400 |
| Repairs & Maint. - Cleaning | $ 650 | $ 650 | $ 650 | $ 650 | $ 650 | $ 650 | $ 650 | $ 520 | $ 520 | $ 520 | $ 520 | $ 520 | $ 650 | $ 7,800 |
| Repairs & Maint. - Equipment | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 80 | $ 80 | $ 80 | $ 80 | $ 80 | $ 100 | $ 1,200 |
| Repairs & Maint. - Pest Control | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 50 | $ 600 |
| Payables | $ 9,552 | $ 9,552 | $ 9,552 | $ 10,419 | $ 10,419 | $ 10,419 | $ 10,419 | $ 7,987 | $ 7,987 | $ 7,987 | $ 7,987 | $ 7,987 | $ 9,984 | $ 120,254 |
| Payables - Meals Tax Payable | $ 3,255 | $ 3,255 | $ 3,255 | $ 3,551 | $ 3,551 | $ 3,551 | $ 3,551 | $ 2,722 | $ 2,722 | $ 2,722 | $ 2,722 | $ 2,722 | $ 3,402 | $ 40,981 |
| Payables - Tips/Gratuities Payable | $ 6,297 | $ 6,297 | $ 6,297 | $ 6,869 | $ 6,869 | $ 6,869 | $ 6,869 | $ 5,265 | $ 5,265 | $ 5,265 | $ 5,265 | $ 5,265 | $ 6,582 | $ 79,273 |
| Professional Services | $ 3,550 | $ - | $ - | $ - | $ 3,550 | $ - | $ - | $ - | $ 3,550 | $ - | $ - | $ - | $ - | $ 10,650 |
| Professional Services - Accounting/Bookkeeping | $ 2,800 | $ - | $ - | $ - | $ 2,800 | $ - | $ - | $ - | $ 2,800 | $ - | $ - | $ - | $ - | $ 8,400 |
| Professional Services - Consulting | $ 750 | $ - | $ - | $ - | $ 750 | $ - | $ - | $ - | $ 750 | $ - | $ - | $ - | $ - | $ 2,250 |
| SG&A | $ 7,138 | $ 4,952 | $ 4,392 | $ 4,456 | $ 7,202 | $ 9,156 | $ 4,456 | $ 3,539 | $ 6,285 | $ 3,939 | $ 3,539 | $ 3,539 | $ 4,424 | $ 67,019 |
| SG&A - 325 LLC | $ 1,546 | $ - | $ - | $ - | $ 1,546 | $ - | $ - | $ - | $ 1,546 | $ - | $ - | $ - | $ - | $ 4,638 |
| SG&A - Credit Card Processing | $ 699 | $ 699 | $ 699 | $ 762 | $ 762 | $ 762 | $ 762 | $ 584 | $ 584 | $ 584 | $ 584 | $ 584 | $ 730 | $ 8,796 |
| SG&A - Licenses & Fees | $ - | $ 560 | $ - | $ - | $ - | $ 4,700 | $ - | $ - | $ - | $ 400 | $ - | $ - | $ - | $ 5,660 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SG&A - Marketing & Advertising | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 125 | $ 1,500 |
| SG&A - Music & Entertainment | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,250 | $ 15,000 |
| SG&A - Office Supplies | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 250 | $ 3,000 |
| SG&A - Payroll Processing | $ 1,200 | $ - | $ - | $ - | $ 1,200 | $ - | $ - | $ - | $ 1,200 | $ - | $ - | $ - | $ - | $ 3,600 |
| SG&A - Software | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 360 | $ 360 | $ 360 | $ 360 | $ 360 | $ 450 | $ 5,400 |
| SG&A - Supplies | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,080 | $ 1,080 | $ 1,080 | $ 1,080 | $ 1,080 | $ 1,350 | $ 16,200 |
| SG&A - Training & Related | $ 19 | $ 19 | $ 19 | $ 19 | $ 19 | $ 19 | $ 19 | $ 15 | $ 15 | $ 15 | $ 15 | $ 15 | $ 19 | $ 225 |
| SG&A - Travel | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 250 | $ 3,000 |
| Utilities | $ 3,700 | $ - | $ - | $ - | $ 3,700 | $ - | $ - | $ - | $ 3,700 | $ - | $ - | $ - | $ - | $ 11,100 |
| Utilities - Electricity | $ 2,000 | $ - | $ - | $ - | $ 2,000 | $ - | $ - | $ - | $ 2,000 | $ - | $ - | $ - | $ - | $ 6,000 |
| Utilities - Internet | $ 900 | $ - | $ - | $ - | $ 900 | $ - | $ - | $ - | $ 900 | $ - | $ - | $ - | $ - | $ 2,700 |
| Utilities - Telephone | $ 600 | $ - | $ - | $ - | $ 600 | $ - | $ - | $ - | $ 600 | $ - | $ - | $ - | $ - | $ 1,800 |
| Utilities - Waste Removal | $ 200 | $ - | $ - | $ - | $ 200 | $ - | $ - | $ - | $ 200 | $ - | $ - | $ - | $ - | $ 600 |
| Vehicle | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 125 | $ 1,500 |
| Vehicle - Fuel | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 40 | $ 40 | $ 40 | $ 40 | $ 40 | $ 50 | $ 600 |
| Vehicle - Parking | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 25 | $ 300 |
| Vehicle - Service & Repairs | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 25 | $ 300 |
| Vehicle - Wash | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 25 | $ 300 |
| Adequate Protection | $ - | $ - | $ - | $ 1,142 | $ - | $ - | $ - | $ - | $ 1,142 | $ - | $ - | $ - | $ 1,142 | $ 3,425 |
| Dorchester Bay Interest Only Payment | $ - | $ - | $ - | $ 250 | $ - | $ - | $ - | $ - | $ 250 | $ - | $ - | $ - | $ 250 | $ 750 |
| WebBank | $ - | $ - | $ - | $ 892 | $ - | $ - | $ - | $ - | $ 892 | $ - | $ - | $ - | $ 892 | $ 2,675 |
| **Total Expenses** | $ 67,893 | $ 50,704 | $ 50,144 | $ 54,983 | $ 71,591 | $ 58,541 | $ 53,841 | $ 43,018 | $ 59,626 | $ 42,276 | $ 41,876 | $ 41,876 | $ 53,126 | $ 689,496 |
| | | | | | | | | | | | | | | |
| **Net Cash Flow** | $ (10,264) | $ 6,926 | $ 7,486 | $ 7,879 | $ (8,729) | $ 4,321 | $ 9,021 | $ 5,170 | $ (11,438) | $ 5,912 | $ 6,312 | $ 6,312 | $ 7,108 | $ 36,014 |
| | | | | | | | | | | | | | | |
| **Beginning Cash** | $ - | $ (10,264) | $ (3,338) | $ 4,148 | $ 12,027 | $ 3,298 | $ 7,619 | $ 16,639 | $ 21,809 | $ 10,371 | $ 16,283 | $ 22,594 | $ 28,906 | $ - |
| | | | | | | | | | | | | | | |
| **Ending Cash** | $ (10,264) | $ (3,338) | $ 4,148 | $ 12,027 | $ 3,298 | $ 7,619 | $ 16,639 | $ 21,809 | $ 10,371 | $ 16,283 | $ 22,594 | $ 28,906 | $ 36,014 | $ 36,014 |