# Park 54 Restaurant Group

## Balance Sheet

### As of August 31, 2025

|  | JAN - DEC 2022 | JAN - DEC 2023 | JAN - DEC 2024 | JAN - AUG, 2025 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
|   Current Assets | | | | |
|     Bank Accounts | | | | |
|       1000 Checking - Eastern 1122 | 500.00 | 78.00 | 19.69 | 5,966.56 |
|       1001 Checking - Eastern 9663 | | | 14,540.12 | -1,402.39 |
|       1009 Checking - Eastern 9704 (closed) | 38,893.69 | 1,696.85 | 0.00 | 0.00 |
|       1030 Cash | 3,324.53 | 3,052.82 | 3,396.03 | 9,640.97 |
|       1041 Savings - Eastern 6971 (closed) (deleted) | 500.04 | 95.81 | 0.00 | 0.00 |
|     **Total Bank Accounts** | **$43,218.26** | **$4,923.48** | **$17,955.84** | **$14,205.14** |
|     Other Current Assets | | | | |
|       1099 Undeposited Funds | 12,949.57 | 17,646.03 | 17,646.03 | 88.53 |
|       1100 Clearing Accounts | 0.00 | 0.00 | 0.00 | 0.00 |
|         1124 DoorDash | 0.00 | 0.00 | 0.00 | 789.00 |
|         1134 Grubhub | 0.00 | 0.00 | 0.00 | 539.76 |
|         1166 Toast | 36,514.41 | 37,677.66 | 36,877.67 | 544.76 |
|         1170 Uber Eats | 0.00 | 0.00 | 402.86 | 131.49 |
|       **Total 1100 Clearing Accounts** | 36,514.41 | 37,677.66 | 37,280.53 | 2,005.01 |
|       1350 Employee Advances | 1,200.00 | 900.00 | 0.00 | 0.00 |
|       1400 Inventory | 20,069.00 | 30,489.00 | 30,489.00 | 30,489.00 |
|     **Total Other Current Assets** | **$70,732.98** | **$86,712.69** | **$85,415.56** | **$32,582.54** |
|   **Total Current Assets** | **$113,951.24** | **$91,636.17** | **$103,371.40** | **$46,787.68** |
|   Fixed Assets | | | | |
|     1530 Furniture | | | | |
|       1531 Purchased Furniture | 11,790.56 | 11,790.56 | 11,790.56 | 11,790.56 |
|       1532 Accum Depr Furniture | -1,122.88 | -2,807.20 | -4,491.52 | -5,614.40 |
|     **Total 1530 Furniture** | 10,667.68 | 8,983.36 | 7,299.04 | 6,176.16 |
|     1540 Equipment | | | | |
|       1541 Purchased Equipment | 88,439.27 | 95,915.85 | 98,994.98 | 98,994.98 |
|       1542 Accum Depr Equipment | -11,440.60 | -30,125.36 | -49,770.44 | -62,969.80 |
|     **Total 1540 Equipment** | 76,998.67 | 65,790.49 | 49,224.54 | 36,025.18 |
|     1596 Leasehold Improvements | | | | |
|       1597 Leasehold Improvement Costs | 56,550.87 | 56,550.87 | 56,550.87 | 56,550.87 |
|       1598 Accum Amort Leasehold Impr | -3,317.25 | -8,972.25 | -14,627.25 | -18,397.25 |
|     **Total 1596 Leasehold Improvements** | 53,233.62 | 47,578.62 | 41,923.62 | 38,153.62 |
|     1643 Liquor License | | | | |
|       1644 Liquor License Cost | 450,000.00 | 450,000.00 | 450,000.00 | 450,000.00 |
|     **Total 1643 Liquor License** | 450,000.00 | 450,000.00 | 450,000.00 | 450,000.00 |
|   **Total Fixed Assets** | **$590,899.97** | **$572,352.47** | **$548,447.20** | **$530,354.96** |
|   Other Assets | | | | |
|     1900 Security Deposits | 18,265.00 | 18,265.00 | 18,265.00 | 18,265.00 |
|   **Total Other Assets** | **$18,265.00** | **$18,265.00** | **$18,265.00** | **$18,265.00** |
| **TOTAL ASSETS** | **$723,116.21** | **$682,253.64** | **$670,083.60** | **$595,407.64** |
| **LIABILITIES AND EQUITY** | | | | |
|   Liabilities | | | | |
|     Current Liabilities | | | | |
|       Accounts Payable | | | | |
|         2000 Accounts Payable (A/P) | | 0.00 | 0.00 | 3,300.00 |
|       **Total Accounts Payable** | **$0.00** | **$0.00** | **$0.00** | **$3,300.00** |

# Park 54 Restaurant Group

## Balance Sheet
### As of August 31, 2025

|  | JAN - DEC 2022 | JAN - DEC 2023 | JAN - DEC 2024 | JAN - AUG, 2025 |
|---|---:|---:|---:|---:|
| Credit Cards |  |  |  |  |
|   2100 Amex - Amazon 1016 |  | 8,916.93 | 10,000.00 | 39,337.12 |
|   2101 Amex - Platinum 2005 |  |  | 8,281.57 | 8,281.84 |
|   2130 Visa - Eastern Bank 5523 |  | 8,877.04 | 7,641.49 | 2,183.15 |
| **Total Credit Cards** | **$0.00** | **$17,793.97** | **$25,923.06** | **$49,802.11** |
| Other Current Liabilities |  |  |  |  |
|   2200 Payroll Liabilities |  |  | 0.00 | 0.00 |
|     2220 Payroll Taxes Payable |  | 0.00 | 0.00 | 0.00 |
|       2226 State Child Support |  | 4,046.80 | 0.00 | 0.00 |
|     **Total 2220 Payroll Taxes Payable** |  | **4,046.80** | **0.00** | **0.00** |
|   **Total 2200 Payroll Liabilities** |  | **4,046.80** | **0.00** | **0.00** |
|   2300 Meals Tax Payable | 13,928.11 | 55,612.26 | 269,113.71 | 291,065.76 |
|   2350 Customer Deposits | 2,398.88 | 15,210.91 | 17,635.04 | 15,034.21 |
|   2550 Merchant Cash Advances |  |  |  |  |
|     2551 CFG Merchant Solutions |  |  | 0.00 | 91,570.00 |
|     2552 DoorDash Capital |  |  | 23,142.43 | 15,006.02 |
|     2553 FundPro Solutions |  |  |  | 186,652.16 |
|     2554 LG Funding |  |  | 202,950.00 | 125,950.00 |
|     2555 Ocean Funding |  |  |  | 28,909.30 |
|     2556 Square Advance |  |  | 164,816.64 | 86,154.11 |
|     2557 Union Funding |  |  |  | 54,866.00 |
|     2558 WebBank Toast |  | 234,828.73 | 276,627.67 | 110,609.48 |
|   **Total 2550 Merchant Cash Advances** |  | **234,828.73** | **667,536.74** | **699,717.07** |
| **Total Other Current Liabilities** | **$16,326.99** | **$309,698.70** | **$954,285.49** | **$1,005,817.04** |
| **Total Current Liabilities** | **$16,326.99** | **$327,492.67** | **$980,208.55** | **$1,058,919.15** |
| Long-Term Liabilities |  |  |  |  |
|   2601 Loan - Dorchester Bay CDFI xxxx |  | 78,628.20 | 64,097.40 | 52,996.10 |
|   2602 Loan - Dorchester Bay SBA xxxx |  | 19,260.10 | 14,810.60 | 8,862.06 |
|   2700 Asset Loans |  |  |  |  |
|     2701 325 LLC (Liquor License) | 427,500.00 | 427,500.00 | 427,500.00 | 427,500.00 |
|   **Total 2700 Asset Loans** | **427,500.00** | **427,500.00** | **427,500.00** | **427,500.00** |
| **Total Long-Term Liabilities** | **$427,500.00** | **$525,388.30** | **$506,408.00** | **$489,358.16** |
| **Total Liabilities** | **$443,826.99** | **$852,880.97** | **$1,486,616.55** | **$1,548,277.31** |
| Equity |  |  |  |  |
|   3200 Members' Equity |  |  |  |  |
|     3210 Tasha Hull |  |  |  |  |
|       3211 Contributions - Hull | 117,404.77 | 117,404.77 | 117,404.77 | 117,404.77 |
|       3212 Distributions - Hull | -8,000.00 | -241,158.51 | -165,450.14 | -75,310.94 |
|     **Total 3210 Tasha Hull** | **109,404.77** | **-123,753.74** | **-48,045.37** | **42,093.83** |
|     3220 Andrew Walker |  |  |  |  |
|       3221 Contributions - Walker | 120,183.75 | 120,183.75 | 0.00 | 0.00 |
|       3222 Distributions - Walker | -6,600.00 | -108,408.00 | 0.00 | 0.00 |
|     **Total 3220 Andrew Walker** | **113,583.75** | **11,775.75** | **0.00** | **0.00** |
|   **Total 3200 Members' Equity** | **222,988.52** | **-111,977.99** | **-48,045.37** | **42,093.83** |
|   3900 Retained Earnings |  | 41,700.70 | -299,807.85 | -768,487.58 |
|   Net Income | 56,300.70 | -100,350.04 | -468,679.73 | -226,475.92 |
| **Total Equity** | **$279,289.22** | **$ -170,627.33** | **$ -816,532.95** | **$ -952,869.67** |
| **TOTAL LIABILITIES AND EQUITY** | **$723,116.21** | **$682,253.64** | **$670,083.60** | **$595,407.64** |