# Statement of Cash Flows

## Park 54 Restaurant Group
### January 1, 2022-August 31, 2025

| FULL NAME | 2022 | 2023 | 2024 | JAN 1 - AUG 31 2025 | TOTAL |
|---|---:|---:|---:|---:|---:|
| **OPERATING ACTIVITIES** | | | | | |
| Net Income | 56,300.70 | -100,350.04 | -468,679.73 | -226,475.92 | -739,204.99 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | | | | |
| 1100 Clearing Accounts | | | | | |
| 1121 Clearing Accounts:Cliff Nice | | | | | |
| 1124 Clearing Accounts:DoorDash | | | | -789.00 | -789.00 |
| 1134 Clearing Accounts:Grubhub | | | | -539.76 | -539.76 |
| 1166 Clearing Accounts:Toast | -36,514.41 | -1,163.25 | 799.99 | 36,332.91 | -544.76 |
| 1170 Clearing Accounts:Uber Eats | | | -402.86 | 271.37 | -131.49 |
| 1350 Employee Advances | -1,200.00 | 300.00 | 900.00 | | |
| 1400 Inventory | -20,069.00 | -10,420.00 | | | -30,489.00 |
| 1532 Furniture:Accum Depr Furniture | 1,122.88 | 1,684.32 | 1,684.32 | 1,122.88 | 5,614.40 |
| 1542 Equipment:Accum Depr Equipment | 11,440.60 | 18,684.76 | 19,645.08 | 13,199.36 | 62,969.80 |
| 2000 Accounts Payable (A/P) | | | | 3,300.00 | 3,300.00 |
| 2100 Amex - Amazon 1016 | | 8,916.93 | 1,083.07 | 29,337.12 | 39,337.12 |
| 2101 Amex - Platinum 2005 | | | 8,281.57 | 0.27 | 8,281.84 |
| 2130 Visa - Eastern Bank 5523 | | 8,877.04 | -1,235.55 | -5,458.34 | 2,183.15 |
| 2200 Payroll Liabilities | | | | | |
| 2210 Payroll Liabilities:Wages Payable | | | | | |
| 2212 Payroll Liabilities:Wages Payable:Gratituties | | | | | |
| 2213 Payroll Liabilities:Wages Payable:Tips | | | | | |
| 2220 Payroll Liabilities:Payroll Taxes Payable | | | | | |
| 2226 Payroll Liabilities:Payroll Taxes Payable:State Child Support | | 4,046.80 | -4,046.80 | | |
| 2240 Payroll Liabilities:Employee Deductions Payable | | | | | |
| 2300 Meals Tax Payable | 13,928.11 | 41,684.15 | 213,501.45 | 21,952.05 | 291,065.76 |
| 2350 Customer Deposits | 2,398.88 | 12,812.03 | 2,424.13 | -2,600.83 | 15,034.21 |
| 2551 Merchant Cash Advances:CFG Merchant Solutions | | | | 91,570.00 | 91,570.00 |
| 2552 Merchant Cash Advances:DoorDash Capital | | | 23,142.43 | -8,136.41 | 15,006.02 |
| 2553 Merchant Cash Advances:FundPro Solutions | | | | 186,652.16 | 186,652.16 |
| 2554 Merchant Cash Advances:LG Funding | | | 202,950.00 | -77,000.00 | 125,950.00 |
| 2555 Merchant Cash Advances:Ocean Funding | | | | 28,909.30 | 28,909.30 |
| 2556 Merchant Cash Advances:Square Advance | | | 164,816.64 | -78,662.53 | 86,154.11 |
| 2557 Merchant Cash Advances:Union Funding | | | | 54,866.00 | 54,866.00 |
| 2558 Merchant Cash Advances:WebBank Toast | | 234,828.73 | 41,798.94 | -166,018.19 | 110,609.48 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | -28,892.94 | 320,251.51 | 675,342.41 | 128,308.36 | **$1,095,009.34** |
| **Net cash provided by operating activities** | 27,407.76 | 219,901.47 | 206,662.68 | -98,167.56 | **$355,804.35** |
| **INVESTING ACTIVITIES** | | | | | |
| 1531 Furniture:Purchased Furniture | -11,790.56 | | | | -11,790.56 |
| 1541 Equipment:Purchased Equipment | -88,439.27 | -7,476.58 | -3,079.13 | | -98,994.98 |
| 1597 Leasehold Improvements:Leasehold Improvement Costs | -56,550.87 | | | | -56,550.87 |
| 1598 Leasehold Improvements:Accum Amort Leasehold Impr | 3,317.25 | 5,655.00 | 5,655.00 | 3,770.00 | 18,397.25 |

# Statement of Cash Flows

## Park 54 Restaurant Group
### January 1, 2022-August 31, 2025

| FULL NAME | 2022 | 2023 | 2024 | JAN 1 - AUG 31 2025 | TOTAL |
|---|---:|---:|---:|---:|---:|
| 1644 Liquor License:Liquor License Cost | -450,000.00 | | | | -450,000.00 |
| 1900 Security Deposits | -18,265.00 | | | | -18,265.00 |
| **Net cash provided by investing activities** | **-621,728.45** | **-1,821.58** | **2,575.87** | **3,770.00** | **-$617,204.16** |
| FINANCING ACTIVITIES | | | | | |
| 2601 Loan - Dorchester Bay CDFI xxxx | | 78,628.20 | -14,530.80 | -11,101.30 | 52,996.10 |
| 2602 Loan - Dorchester Bay SBA xxxx | | 19,260.10 | -4,449.50 | -5,948.54 | 8,862.06 |
| 2701 Asset Loans:325 LLC (Liquor License) | 427,500.00 | | | | 427,500.00 |
| 3211 Members' Equity:Tasha Hull:Contributions - Hull | 117,404.77 | | | | 117,404.77 |
| 3212 Members' Equity:Tasha Hull:Distributions - Hull | -8,000.00 | -233,158.51 | 75,708.37 | 90,139.20 | -75,310.94 |
| 3221 Members' Equity:Andrew Walker:Contributions - Walker | 120,183.75 | | -120,183.75 | | |
| 3222 Members' Equity:Andrew Walker:Distributions - Walker | -6,600.00 | -101,808.00 | 108,408.00 | | |
| 3900 Retained Earnings | | -14,600.00 | -241,158.51 | | -255,758.51 |
| 3999 Opening Balance Equity | | | | | |
| **Net cash provided by financing activities** | **650,488.52** | **-251,678.21** | **-196,206.19** | **73,089.36** | **$275,693.48** |
| **NET CASH INCREASE FOR PERIOD** | **56,167.83** | **-33,598.32** | **13,032.36** | **-21,308.20** | **$14,293.67** |