# Park 54 Restaurant Group

## Income Statement

January 2022 - August 2025

|  | JAN - DEC 2022 | JAN - DEC 2023 | JAN - DEC 2024 | JAN - AUG, 2025 | TOTAL |
|---|---|---|---|---|---|
| Revenue | | | | | |
|   4000 Food | 772,707.79 | 1,519,815.29 | 1,788,722.14 | 992,035.78 | $5,073,281.00 |
|   4100 Liquor | 784,727.99 | 1,632,748.48 | 1,324,621.22 | 533,523.87 | $4,275,621.56 |
|   4200 Retail | 17,000.00 | 25,180.90 | 28,731.06 | 26,240.09 | $97,152.05 |
|   4300 Room Rental | 25.00 | 133.46 | 185.50 | 0.00 | $343.96 |
|   4400 Service Charges | 2,586.56 | 8,286.72 | 8,775.24 | 4,518.48 | $24,167.00 |
|   4820 Discounts given | 0.00 | | | | $0.00 |
|   4900 Receipts | | | | | $0.00 |
|     4920 DoorDash | | | 0.00 | 0.00 | $0.00 |
|     4940 Grubhub | | | 0.00 | | $0.00 |
|     4950 Shift4 | | | | 315,640.33 | $315,640.33 |
|     4960 Toast | | | 0.00 | 401.99 | $401.99 |
|     4980 Uber Eats | | | 0.00 | 0.00 | $0.00 |
|   **Total 4900 Receipts** | | | 0.00 | 316,042.32 | $316,042.32 |
| **Total Revenue** | **$1,577,047.34** | **$3,186,164.85** | **$3,151,035.16** | **$1,872,360.54** | **$9,786,607.89** |
| Cost of Goods Sold | | | | | |
|   5000 Food Cost | 360,128.47 | 601,903.61 | 560,873.65 | 342,360.52 | $1,865,266.25 |
|   5100 Liquor Cost | 170,868.12 | 333,463.44 | 314,764.79 | 123,481.28 | $942,577.63 |
|   5600 Contracted Services | 747.00 | 183,239.99 | 145,663.42 | 1,481.60 | $331,132.01 |
|   5900 Purchases | | 0.00 | | | $0.00 |
| **Total Cost of Goods Sold** | **$531,743.59** | **$1,118,607.04** | **$1,021,301.86** | **$467,323.40** | **$3,138,975.89** |
| **GROSS PROFIT** | **$1,045,303.75** | **$2,067,557.81** | **$2,129,733.30** | **$1,405,037.14** | **$6,647,632.00** |
| Expenses | | | | | |
|   6000 Employees | | | | | $0.00 |
|     6100 Compensation | | | | 144,364.38 | $144,364.38 |
|       6105 Guaranteed Payments - Hull | | 100,000.00 | | | $100,000.00 |
|       6130 Wages - Regular | 572,433.26 | 934,127.25 | 1,166,389.10 | 462,558.56 | $3,135,508.17 |
|     **Total 6100 Compensation** | 572,433.26 | 1,034,127.25 | 1,166,389.10 | 606,922.94 | $3,379,872.55 |
|     6200 Payroll Taxes | | 138,592.10 | 112,903.02 | 57,915.47 | $309,410.59 |
|     6300 Benefits | | | | | $0.00 |
|       6320 Health Insurance - Staff | | | | 502.23 | $502.23 |
|     **Total 6300 Benefits** | | | | 502.23 | $502.23 |
|     6400 HR | | | | | $0.00 |
|       6440 Education and Training | 179.00 | 986.76 | 600.00 | 55.65 | $1,821.41 |
|       6460 Recruiting | | | | 247.44 | $247.44 |
|       6490 Uniforms | 545.74 | 792.84 | | 57.98 | $1,396.56 |
|     **Total 6400 HR** | 724.74 | 1,779.60 | 600.00 | 361.07 | $3,465.41 |
|   **Total 6000 Employees** | 573,158.00 | 1,174,498.95 | 1,279,892.12 | 665,701.71 | $3,693,250.78 |
|   7000 Finance | | | | | $0.00 |
|     7010 Bad Debt | | 4,030.67 | 926.97 | 2,193.43 | $7,151.07 |
|     7020 Bank Service Charges | 346.54 | 2,625.41 | 1,708.20 | 1,605.61 | $6,285.76 |
|     7040 Credit Card Processing | 6,369.11 | 17,722.33 | 7,622.51 | 6,430.54 | $38,144.49 |

# Park 54 Restaurant Group

## Income Statement

January 2022 - August 2025

|  | JAN - DEC 2022 | JAN - DEC 2023 | JAN - DEC 2024 | JAN - AUG, 2025 | TOTAL |
|---|---:|---:|---:|---:|---:|
| 7070 Late Fees |  |  | 39.00 |  | $39.00 |
| 7080 Overdraft Fees | 37.00 |  | 2,514.00 | 9,816.00 | $12,367.00 |
| 7090 Vendor Service Charges |  |  | 293.90 | 1,409.50 | $1,703.40 |
| **Total 7000 Finance** | **6,752.65** | **24,378.41** | **13,104.58** | **21,455.08** | **$65,690.72** |
| 7200 Insurance | 32,036.24 | 19,995.12 | 81,748.91 | 63,611.49 | $197,391.76 |
| 7240 Employment Practices |  |  |  | 1,342.83 | $1,342.83 |
| 7290 Workers' Compensation | 712.41 | 4,151.41 | 3,307.64 | 4,036.04 | $12,207.50 |
| **Total 7200 Insurance** | **32,748.65** | **24,146.53** | **85,056.55** | **68,990.36** | **$210,942.09** |
| 7300 Licenses and Fees | 10,292.06 | 573.42 | 223.00 |  | $11,088.48 |
| 7310 Business Licenses |  | 1,040.00 | 520.00 |  | $1,560.00 |
| 7330 Excise Tax | 6,147.29 | 2,616.96 | 1,006.17 | 2.50 | $9,772.92 |
| 7350 Inspection Fees |  | 160.50 | 81.50 |  | $242.00 |
| 7360 Licenses |  | 3,023.00 | 6,029.37 | 31.00 | $9,083.37 |
| 7370 Permits |  | 273.00 | 300.00 |  | $573.00 |
| **Total 7300 Licenses and Fees** | **16,439.35** | **7,686.88** | **8,160.04** | **33.50** | **$32,319.77** |
| 7400 Maintenance and Repairs | 22,511.07 | 23,101.00 | 17,994.00 | 3,790.06 | $67,396.13 |
| 7420 Building Repairs |  | 2,540.00 | 1,920.00 | 2,448.31 | $6,908.31 |
| 7430 Cleaning | 21,925.15 | 45,091.50 | 37,300.00 | 195.00 | $104,511.65 |
| 7450 Equipment Repairs |  |  | 1,784.77 | 9,730.35 | $11,515.12 |
| 7480 Pest Control | 6,419.37 |  | 3,081.41 | 2,332.57 | $11,833.35 |
| 7490 Supplies | 136,305.07 | 73,643.30 | 73,003.42 | 22,985.03 | $305,936.82 |
| **Total 7400 Maintenance and Repairs** | **187,160.66** | **144,375.80** | **135,083.60** | **41,481.32** | **$508,101.38** |
| 7500 Marketing | 5,680.42 | 2,080.00 |  |  | $7,760.42 |
| 7510 Advertising |  | 6,184.94 | 2,149.63 | 1,844.99 | $10,179.56 |
| 7545 Entertainment |  |  |  | 59.98 | $59.98 |
| 7560 Meals |  |  |  | 79.93 | $79.93 |
| 7580 Social media |  | 8.75 | 1,356.00 |  | $1,364.75 |
| 7595 Websites |  |  | 249.45 | 547.87 | $797.32 |
| **Total 7500 Marketing** | **5,680.42** | **8,273.69** | **3,755.08** | **2,532.77** | **$20,241.96** |
| 7600 Office | 9,700.94 |  |  |  | $9,700.94 |
| 7610 Dues and Subscriptions | 139.98 | 39.00 | 3,375.00 |  | $3,553.98 |
| 7635 Miscellaneous | 4,935.40 | 1,472.42 | 1,003.64 | 31.52 | $7,442.98 |
| 7640 Postage and Delivery | 93.02 | 100.62 | 30.45 |  | $224.09 |
| 7650 Printing |  |  | 324.96 |  | $324.96 |
| 7670 Security | 200.00 | 41,141.88 | 26,330.25 | 1,357.00 | $69,029.13 |
| 7680 Supplies | 14,925.08 | 30,310.90 | 18,158.32 | 4,499.27 | $67,893.57 |
| **Total 7600 Office** | **29,994.42** | **73,064.82** | **49,222.62** | **5,887.79** | **$158,169.65** |
| 7700 Operations |  |  |  |  | $0.00 |
| 7720 Equipment - Ops | 7,084.16 | 723.97 | 5,475.73 |  | $13,283.86 |
| 7750 Music and Entertainment |  | 109,503.14 | 96,115.70 | 2,183.74 | $207,802.58 |
| 7770 Supplies - Ops | 476.10 |  | 58.47 | 16,330.50 | $16,865.07 |
| **Total 7700 Operations** | **7,560.26** | **110,227.11** | **101,649.90** | **18,514.24** | **$237,951.51** |

# Park 54 Restaurant Group

## Income Statement

### January 2022 - August 2025

|  | JAN - DEC 2022 | JAN - DEC 2023 | JAN - DEC 2024 | JAN - AUG, 2025 | TOTAL |
|---|---:|---:|---:|---:|---:|
| 7800 Professional Services | 6,930.00 | 3,750.00 |  |  | $10,680.00 |
|   7810 Accounting |  | 12,975.00 | 8,100.00 | 675.00 | $21,750.00 |
|   7820 Bookkeeping |  |  |  | 17,000.00 | $17,000.00 |
|   7830 Consulting Services |  |  |  | 31,180.00 | $31,180.00 |
|   7855 Legal | 689.56 | 11,250.00 |  |  | $11,939.56 |
|   7860 Payroll Processing |  | 673.13 |  | 50.00 | $723.13 |
| **Total 7800 Professional Services** | **7,619.56** | **28,648.13** | **8,100.00** | **48,905.00** | **$93,272.69** |
| 8000 Rent | 66,462.46 | 128,560.17 |  |  | $195,022.63 |
|   8020 Building |  |  | 129,300.06 | 71,372.55 | $200,672.61 |
|   8050 Equipment and Machinery | 1,622.75 | 29,283.20 | 12,356.32 | 3,330.79 | $46,593.06 |
| **Total 8000 Rent** | **68,085.21** | **157,843.37** | **141,656.38** | **74,703.34** | **$442,288.30** |
| 8200 Software | 1,595.63 | 2,136.13 |  |  | $3,731.76 |
|   8220 Finance Software |  |  | 669.41 | 1,108.05 | $1,777.46 |
|   8250 Marketing Software |  |  | 900.00 |  | $900.00 |
|   8260 Office Software |  |  | 690.35 | 679.22 | $1,369.57 |
|   8270 Operations Software |  |  | 12,478.79 | 10,738.86 | $23,217.65 |
|   8280 Sales Software |  | 3,883.65 | 5,749.72 | 2,862.36 | $12,495.73 |
| **Total 8200 Software** | **1,595.63** | **6,019.78** | **20,488.27** | **15,388.49** | **$43,492.17** |
| 8300 Travel | 1,327.54 | 34.00 |  |  | $1,361.54 |
|   8310 Airfare |  | 22.64 | 6,969.11 | 6,114.88 | $13,106.63 |
|   8330 Lodging |  | 450.00 | 5,709.43 | 2,128.75 | $8,288.18 |
|   8340 Meals - Travel | 110.93 | 7,090.59 | 77.40 | 42.10 | $7,321.02 |
|   8360 Rental Car |  |  | 0.00 |  | $0.00 |
|   8370 Rideshare and Taxi |  |  |  | 117.76 | $117.76 |
| **Total 8300 Travel** | **1,438.47** | **7,597.23** | **12,755.94** | **8,403.49** | **$30,195.13** |
| 8400 Utilities | 11,761.91 | 16,385.05 |  |  | $28,146.96 |
|   8410 Electricity |  | 376.05 | 17,099.53 | 15,332.98 | $32,808.56 |
|   8440 Internet |  | 6,672.62 | 9,259.89 | 7,327.12 | $23,259.63 |
|   8455 Waste Removal | 1,686.46 | 3,387.00 | 3,004.00 | 1,410.00 | $9,487.46 |
|   8480 Telephone |  | 906.81 | 8,674.61 | 4,016.54 | $13,597.96 |
| **Total 8400 Utilities** | **13,448.37** | **27,727.53** | **38,038.03** | **28,086.64** | **$107,300.57** |
| 8500 Vehicle | 2,500.00 | 6,903.08 |  |  | $9,403.08 |
|   8520 Fuel | 2,398.33 | 5,235.00 | 2,035.85 | 1,185.66 | $10,854.84 |
|   8540 License and Registration Fees |  | 50.00 |  |  | $50.00 |
|   8570 Parking | 8.00 | 186.22 | 230.10 | 143.70 | $568.02 |
|   8580 Service and Repairs | 10.61 | 2,940.46 | 400.82 | 226.52 | $3,578.41 |
|   8590 Tolls |  | 61.25 | 50.00 |  | $111.25 |
|   8595 Wash |  | 623.55 | 740.89 | 178.99 | $1,543.43 |
| **Total 8500 Vehicle** | **4,916.94** | **15,999.56** | **3,457.66** | **1,734.87** | **$26,109.03** |
| 8999 Uncategorized Expense |  |  |  | 50,298.70 | $50,298.70 |
| **Total Expenses** | **$956,598.59** | **$1,810,487.79** | **$1,900,420.77** | **$1,052,117.30** | **$5,719,624.45** |
| NET OPERATING INCOME | $88,705.16 | $257,070.02 | $229,312.53 | $352,919.84 | $928,007.55 |

# Park 54 Restaurant Group

## Income Statement

January 2022 - August 2025

|  | JAN - DEC 2022 | JAN - DEC 2023 | JAN - DEC 2024 | JAN - AUG, 2025 | TOTAL |
|---|---:|---:|---:|---:|---:|
| Other Income | | | | | |
|   9000 Cash Rewards | | | 1,367.47 | -19.73 | $1,347.74 |
|   9390 Other Income | | | 18,375.75 | | $18,375.75 |
|   9700 Interest Earned | 0.04 | 1.77 | 0.01 | | $1.82 |
| **Total Other Income** | **$0.04** | **$1.77** | **$19,743.23** | **$ -19.73** | **$19,725.31** |
| Other Expenses | | | | | |
|   8700 Depreciation | 12,563.48 | 20,369.08 | 21,329.40 | 14,322.24 | $68,584.20 |
|   8800 Amortization | 3,317.25 | 5,655.00 | 5,655.00 | 3,770.00 | $18,397.25 |
|   9400 Penalties | | | 20,433.56 | | $20,433.56 |
|   9620 Charitable Donations | 2,896.01 | | 2,000.00 | | $4,896.01 |
|   9699 Other Expenses | | 160,000.00 | 209,141.94 | 349,318.64 | $718,460.58 |
|   9800 Interest Expense | 3,028.12 | 790.09 | 11,680.75 | 713.55 | $16,212.51 |
|     9830 Loan interest | 10,599.64 | 20,607.66 | 27,385.84 | 10,787.42 | $69,380.56 |
|     9860 Merchant Cash Advance Fees | | 150,000.00 | 420,109.00 | 200,464.18 | $770,573.18 |
|   **Total 9800 Interest Expense** | **13,627.76** | **171,397.75** | **459,175.59** | **211,965.15** | **$856,166.25** |
| **Total Other Expenses** | **$32,404.50** | **$357,421.83** | **$717,735.49** | **$579,376.03** | **$1,686,937.85** |
| NET OTHER INCOME | $ -32,404.46 | $ -357,420.06 | $ -697,992.26 | $ -579,395.76 | $ -1,667,212.54 |
| NET INCOME | $56,300.70 | $ -100,350.04 | $ -468,679.73 | $ -226,475.92 | $ -739,204.99 |